1  Nilab N. Rahyar (State Bar No. 272810)
   nnrahyar@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7  Stephanie R. Tatar, Esq. (State Bar No. 237792)
   Stephanie@tatarlawfirm.com
8  Tatar Law Firm, APC
   3500 West Olive Avenue, Suite 300
9  Burbank, CA  91505
   Telephone:  (323) 744-1146
10
   Attorneys for Plaintiff
11 WANDA PACK

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14

15
   WANDA PACK,                          Case No. SACV12-2044-JVS (MLGx)
16
              Plaintiff,                **NOTICE OF SETTLEMENT**
17
        v.
18
   EXPERIAN INFORMATION
19 SOLUTIONS, INC.,

20            Defendant.

21

22

23      PLEASE TAKE NOTICE THAT Plaintiff Wanda Pack ("Plaintiff") and

24 Defendant Experian Information Solutions, Inc. ("Experian") have reached

25 agreement on all material terms required to settle all of Plaintiff's claims against

26 Experian pending in this action.

27      The parties anticipate that the performance of the terms of the settlement

28 agreement will be completed within thirty (30) days of the date of this notice, at

IRI-48674v1                                              Notice of Settlement
                                                         SACV12-2044-JVS (MLGx)

1  which time, the parties shall file a Stipulation for Dismissal of the claims asserted
2  against Experian.

Dated:  March 7, 2013                    Respectfully submitted,

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone:  (949) 553-7590
Facsimile:   (949) 553-7539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Dated:  March 7, 2013                    Respectfully submitted,

*/s/ Stephanie R. Tatar*
Stephanie R. Tatar, Esq.
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA  91505
Telephone:  (323) 744-1146

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Nilab N. Rahyar, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On March 7, 2013, I served a copy of the **NOTICE OF SETTLEMENT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

> Stephanie R. Tatar
> Tatar Law Firm, APC
> 3500 West Olive Avenue, Suite 300
> Burbank, CA 91505
> T: (323) 744-1146
> Email: stephanie@thetatarlawfirm.com
> *Attorneys for Plaintiff*

Executed on March 7, 2013, at Irvine, California.

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar